# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 16-0558-CG-N |
| | ) |
| DANA KINZELER, PARADISE HORSE STABLES, LLC, and DEPA RUTH, | ) ) ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice on March 6, 2018 (Doc. 40), it is **ORDERED** that all claims in this action are hereby **DISMISSED with prejudice**. Each party shall bear his, her, or its own costs.

**DONE and ORDERED** this 13th day of March, 2018.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE